# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EBONY M. FOSTON | § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| F.W. SERVICES, INC., PACESETTER PERSONNEL SERVICE, INC., d/b/a PACESETTER PERSONNEL SERVICES, KENNETH E. JOEKEL, and ROBERT MOODY, d/b/a RDM DETAILERS | § § § § § § § § | Case No. 4:18-cv-2027 |
| *Defendants*. | | |

## **ORDER**

Pending before the Court is Defendants F.W. Services, Inc. and Pacesetter Personnel Service, Inc.'s Opposed Motion to Compel Arbitration. Upon consideration of the Motion, any arguments in support or opposition, the pleadings on file, and applicable law, it is HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims are referred to arbitration and her claims pending before this Court against corporate defendants F.W. Services, Inc. and Pacesetter Personnel Service, Inc. are dismissed

DATED this _____day of _____ , 2018.

_____
Presiding Judge